UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-10039-CR-MOORE (GRAHAM)

UNITED STATES OF AMERICA,

vs.

DAVID W. SCHWARZ,

      **Defendant.**

_____/

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, files this list of witnesses who may be called by the government at trial:

1. Susan Arnold
2. Michael Borcheck
3. David Capizola
4. Charles C. Clawson II
5. Juliet Falcon
6. Farlen Halikman
7. Judith Hildreth
8. Joann Levitt
9. Deanna Priday
10. Robert Tyler Ritchie
11. Susan Skarp
12. Karen St. John
13. Stacey Thrasher
14. Mirtha Valdes-Martin

15. Any and all witnesses on the Defendant's witness list

The United States reserves the right to call additional witnesses, or refrain from calling witnesses on the list, as the circumstances dictate.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  */s/ Sean Paul Cronin*
 Sean Paul Cronin
 Assistant United States Attorney
 Court No.A5500940
 99 N.E. 4th Street, Suite 400
 Miami, FL 33132
 Tel# (305) 961-9194
 Fax: (305) 530-6168
 sean.p.cronin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

  */s/ Sean Paul Cronin*
 Sean Paul Cronin
 Assistant United States Attorney