UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-10039-MOORE (GRAHAM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID W. SCHWARZ,

        Defendant.

_____/

## DEFENDANT'S COUNSEL'S MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

The Defendant, David W. Schwarz, hereby requests that his counsel, Michael R. Band, Sonia O'Donnell, and Robert O'Donnell be permitted to enter the Wilkie D. Ferguson United States District Courthouse and bring with them electronic equipment, to wit: a laptop computers.

WHEREFORE, the Defendant respectfully requests that his counsel be permitted to bring to trial and enter the courthouse with their laptop computers.

Respectfully submitted,

| | |
|---|---|
| MICHAEL R. BAND, P.A. | O'DONNELL CHRISTOPHER |
| 1224 Alfred I. DuPont Building | 700 S. Poinciana Blvd. #705 |
| 169 East Flagler Street | Miami Springs, FL. 33017 |
| Miami, FL 33131 | Tel: 305.640.8958 |
| Tel: 305.372.8500 | Email: sodonell@odonellchristopher.com |
| Email: michael@ bandlawfirm.com | |
| | |
| */s/ Michael R. Band* | */s/ Sonia O'Donnell* |
| MICHAEL R. BAND | SONIA E. O'DONNELL |
| Florida Bar No. 228338 | Florida Bar No. 250643 |
| MICHAEL R. BAND, P.A. | O'DONNELL CHRISTOPHER |
| | 700 S. Poinciana Blvd. #705 |
| | Miami Springs, FL. 33017 |
| | Tel: 305.640.8958 |

Email: sodonell@odonellchristopher.com

*/s/ Sonia O'Donnell*
SONIA E. O'DONNELL
Florida Bar No. 250643
*/s/ Robert O'Donnell*
ROBERT A. O'DONNELL
Florida Bar No. 1011567

Counsel for Defendant David W. Schwarz

**CERTIFICATE OF SERVICE**

I CERTIFY that on October 6, 2022, a copy of the foregoing was electronically filed using the CM/ECF electronic filing system.

*/s/ Michael R. Band*