UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-10039-CR-MOORE(GRAHAM)

UNITED STATES OF AMERICA,

vs.

DAVID W. SCHWARZ,

       **Defendant.**

_____/

## VERDICT

1) We, the Jury, unanimously find the Defendant, **DAVID W. SCHWARZ**, as to **Count 1** of the Indictment:

GUILTY ✓  NOT GUILTY _____

2) We, the Jury, unanimously find the Defendant, **DAVID W. SCHWARZ**, as to **Count 3** of the Indictment:

GUILTY ✓  NOT GUILTY _____

3) We, the Jury, unanimously find the Defendant, **DAVID W. SCHWARZ**, as to **Count 4** of the Indictment:

GUILTY ✓  NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this 19 day of October 2022

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
Foreperson's Signature

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
Foreperson's Printed Name