```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   KEY WEST DIVISION

                CASE NO. 16-10039-CR-GRAHAM
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID SCHWARZ,

    Defendant.
_____/

## NOTICE OF TELEPHONIC HEARING

**THIS CAUSE** is hereby set for a Telephonic Status Conference Hearing before the Honorable Donald L. Graham **on Wednesday, November 9, 2022 at 1:00 P.M.**[1]

In a case that the Court sets for telephonic status conference, no counsel shall appear in person. Instead, all counsel shall attend via telephone. Counsel shall contact the Court at 12:55 P.M. (so the Court may start promptly at 1:30 P.M.) by calling the following toll-free number

1. 1-888-684-8852,

2. **Enter Access Code Number 3772101 followed by the # sign, and**

---

[1] **WHEN JOINING THE CONFERENCE, COUSEL SHOULD BE AWARE THAT OTHER ATTORNEYS/CASES WILL BE ATTENDING AT THE SAME TIME. PLEASE WAIT ON THE CONFERENCE UNTIL JUDGE GRAHAM'S CHAMBERS' STAFF JOINS IN AT WHICH TIME A SHORT ROLE CALL WILL BE TAKEN. THEREAFTER, COUNSEL WILL BE TRANSFERRED DIRECTLY TO JUDGE GRAHAM. PLEASE REMEMBER TO SPEAK CLEARLY AND ANNOUNCE YOUR NAME SO THE COURT REPORTER MAY ACCURATELY REFLECT THE CORRECT PARTY SPEAKING ON THE RECORD.**

    **3.**     **Enter Security Code Number 1316 followed by the # sign.**

    **DONE AND ORDERED** in Chambers, at Miami, Florida, this 4th day of November, 2022.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: All Counsel of Record