UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-10039-MOORE/GRAHAM

UNITED STATES OF AMERICA
    *Plaintiff*,

v.

DAVID W. SCHWARZ
    *Defendant*.

_____/

## DEFENDANT, SCHWARZ'S PROPOSED WITNESS LIST FOR THE SENTENCING HEARING

Defendant, DAVID W. SCHWARZ, by and through undersigned counsel, offers the following as his proposed witnesses for the sentencing hearing:

1. Martin Abad
2. Kathleen Val
3. Jeffrey Draves
4. Betsy Kane-Hartnett
5. David S. Band

Respectfully submitted,

| | |
|---|---|
| MICHAEL R. BAND, P.A. | O'DONNELL CHRISTOPHER LLP |
| 1224 Alfred I. DuPont Building | 700 S. Royal Poinciana Blvd. |
| 169 East Flagler Street | #705 |
| Miami, FL 33131 | Miami Springs, FL 33017 |
| Tel: 305.372.8500 | Tel: 305.640.8958 |
| Fax: 305.372.8504 | Email: sodonnell@odonnellchristopher.com |
| Email: michael@bandlawfirm.com | |
| | /s/ *Sonia E. O'Donnell* |
| /s/ *Michael R. Band* | SONIA E. O'DONNELL |
| MICHAEL R. BAND | Florida Bar No. 250643 |
| Florida Bar No. 228338 | |
| | /s/ *Robert A. O'Donnell* |
| | ROBERT A. O'DONNELL |
| | Florida Bar No. 1011567 |

Counsel for Defendant David W. Schwarz

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September 2023, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

/s/ *Michael R. Band*
Michael R. Band