UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-10039-CR-MOORE(GRAHAM)

UNITED STATES OF AMERICA,

v.

DAVID W. SCHWARZ,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Sealed Magistrate Judge's Report and Recommendation [D.E. 486].

**THIS MATTER** was assigned to the Honorable United States Chief Magistrate Judge Lauren F. Louis on November 6, 2023. On November 17, 2023, Magistrate Judge Louis issued a Report and Recommendation recommending that "the Defendant David W. Schwarz's Third *Ex Parte* Motion for Electronic Review Discovery Platform's Budget, is GRANTED.

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties have 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court.

### OBJECTIONS AND RESPONSES

As of the date of this Order, the Defendant has not objected to the Report and Recommendation.

## THE COURT'S RULING

After a careful review of the record, this Court affirms the Report and Recommendation because it demonstrates an exhaustive review of the record and makes findings consistent with the law. Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation [D.E. 486] is hereby **AFFIRMED and APPROVED in its entirety** and is incorporated herein by reference. It is further

**ORDERED AND ADJUDGED** that the Defendant David W. Schwarz's Third *Ex Parte* Motion for Electronic Review Discovery Platform's Budget [D.E. 484] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of November, 2023.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record